IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01860-GPG

JASON FORBES,

    Plaintiff,

v.

DEPUTY GARCIA, EID #13141, and
DEPUTY C. JOHNSON, EID # 13095, and
DEPUTY YOSHIMIYA, EID # 13080, and
DEPUTY CHOAFE, EID # 12023, and
DEPUTY GONZALES, EID # 07092,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that this case should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge. *See* D.C.COLO.LCivR 40.1(a). Accordingly, it is

**ORDERED** that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED October 7, 2015, at Denver, Colorado.

                                    BY THE COURT:

                                    s/ Gordon P. Gallagher

                                    _____
                                    Gordon P. Gallagher
                                    United States Magistrate Judge