IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01860-MEH

JASON FORBES,

    Plaintiff,

v.

GARCIA, Deputy, EID #13141,
C. JOHNSON, Deputy, EID #13095,
YOSHIMIYA, Deputy, EID #13080,
CHOAFE, Deputy, EID #12023, and
GONZALES, Deputy, EID #07092,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 10, 2015**.

    Plaintiff's Motion for Real Time Computer Transcription at Conference Hearing [filed December 9, 2015; docket #29] is **granted in part and denied in part**. As the Plaintiff is currently incarcerated at Fremont Correctional Facility, it is not possible that he be physically present for the December 14, 2015 Scheduling Conference as required for real time transcription. However, the Court will work with the prison facility to accommodate Plaintiff's hearing impairment and arrange for Plaintiff's participation in the conference.