IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01860-MEH

JASON FORBES,

    Plaintiff,

v.

GARCIA, Deputy, EID #13141,
C. JOHNSON, Deputy, EID #13095,
YOSHIMIYA, Deputy, EID #13080,
CHOAFE, Deputy, EID #12023, and
GONZALES, Deputy, EID #07092,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 16, 2016**.

    Before the Court is Plaintiff's "Motion to Compel Plaintiff First Set of Interrogatories and Affidavit" [filed February 12, 2016; docket #45]. As stated on January 27, 2016, Plaintiff contends that he still has not received the Defendants' responses to his interrogatories dated December 21, 2015. Defendants informed the Court on January 29, 2016 that they submitted their responses to Plaintiff via U.S. mail on January 20, 2016. Docket #43. Plaintiff does not state whether he has spoken with a facility official about receipt (or the lack thereof) of his legal mail.

    Accordingly, the motion is **granted in part and denied in part** as follows. On or before February 18, 2016, Defendants shall re-send their responses to the Plaintiff and file with the Court a certificate evidencing the same. Due to the delay in delivery of the discovery responses to the Plaintiff, the Court will **extend** the deadline for joinder of parties and amendment of pleadings to **March 18, 2016**. All other deadlines and conference dates remain the same.