IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01860-MEH

JASON FORBES,

    Plaintiff,

v.

GARCIA, Deputy, EID #13141,
C. JOHNSON, Deputy, EID #13095,
YOSHIMIYA, Deputy, EID #13080,
CHOAFE, Deputy, EID #12023, and
GONZALES, Deputy, EID #07092,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 3, 2016**.

    Plaintiff's Motion for Leave to File an Amended Complaint [filed March 2, 2016; docket #62] is **denied without prejudice** for failure to attach a complete proposed amended pleading. To determine whether justice requires granting the proposed amendment(s), the Court must have the opportunity to review a complete proposed pleading. In addition, because "[a]n amended complaint supersedes the original complaint and renders the original complaint of no legal effect" (*see Franklin v. Kansas Dep't of Corrs.*, 160 F. App'x 730, 734 (10th Cir. 2005)), the Court must have a complete proposed pleading to review, not simply an "addition" to a previously stated claim for relief. The Court notes that Plaintiff's previously filed "Amended Complaint," which was stricken pursuant to Fed. R. Civ. P. 15(a), also does not constitute a complete proposed pleading.