IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01860-MEH

JASON FORBES,

      Plaintiff,

v.

GARCIA, Deputy, EID #13141,
C. JOHNSON, Deputy, EID #13095,
YOSHIMIYA, Deputy, EID #13080,
CHOAFE, Deputy, EID #12023, and
GONZALES, Deputy, EID #07092,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 18, 2016**.

      Defendants' Motion for Leave to Depose Plaintiff pursuant to Fed. R. Civ. P. 30(a)(2)(B) [filed March 17, 2016; docket #65] is **granted**.  The Defendants may depose the Plaintiff in accordance with the arrangements they have made with the corrections facility, as set forth in the motion.