IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01860-MEH

JASON FORBES,

    Plaintiff,

v.

GARCIA, Deputy, EID #13141,
C. JOHNSON, Deputy, EID #13095,
YOSHIMIYA, Deputy, EID #13080,
CHOAFE, Deputy, EID #12023, and
GONZALES, Deputy, EID #07092,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 23, 2016**.

    In the interests of justice, Plaintiff's renewed Motion for Leave to File a [Second] Amended Complaint [filed March 21, 2016; docket #67] is **granted**. The Plaintiff shall file a Second Amended Complaint identical to that he submitted as Exhibit A – *without* the strikethroughs and underlining – **on or before April 4, 2016**.