IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01860-MEH

JASON FORBES,

    Plaintiff,

v.

GARCIA, Deputy, EID #13141,
C. JOHNSON, Deputy, EID #13095,
YOSHIMIYA, Deputy, EID #13080,
CHOAFE, Deputy, EID #12023, and
GONZALES, Deputy, EID #07092,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 1, 2016**.

    Plaintiff's Motion for Leave to File an Amended Complaint [filed March 31, 2016; docket #78] appears to seek the same relief that was granted by this Court on March 23, 2016 (docket #69) and, thus, is **denied as moot**.