IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01860-MEH

JASON FORBES,

    Plaintiff,

v.

GARCIA, Deputy, EID #13141,
C. JOHNSON, Deputy, EID #13095,
YOSHIMIYA, Deputy, EID #13080,
CHOAFE, Deputy, EID #12023,
GONZALES, Deputy, EID #07092, and
WILLIAM WEBSTER,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 13, 2016**.

    Defendants' Amended Motion for Leave to Depose Plaintiff pursuant to Fed. R. Civ. P. 30 [filed April 12, 2016; docket #87] is **granted**. The Defendants may depose the Plaintiff in accordance with the arrangements they have made with the corrections facility, as set forth in the motion.